IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JOHN SKINNER, Register No. 1069523, )
)
              Plaintiff, )
)
              v. )   No. 07-4046-CV-C-SOW
)
DAVE DORMIRE, )
)
              Defendant. )

**ORDER**

      On March 22, 2007, United States Magistrate Judge William A. Knox recommended that plaintiff's claims against defendants Jefferson City Correctional Center Censorship Committee, Jefferson City Correctional Center and Missouri Department of Corrections be dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. Judge Knox further recommended that plaintiff's motion for certification of a class action be denied, without prejudice. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

      The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on April 16, 2007. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

      IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 22, 2007, is adopted. [8] It is further

      ORDERED that plaintiff's claims against defendants Jefferson City Correctional Center Censorship Committee, Jefferson City Correctional Center and Missouri Department of Corrections are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. It is further

ORDERED that plaintiff's motion for certification of a class action is denied, without prejudice. [3]

                                                /s/Scott O. Wright
                                                SCOTT O. WRIGHT
                                                Senior United States District Judge

Dated: May 8, 2007

2

Case 2:07-cv-04046-SOW   Document 15   Filed 05/08/07   Page 2 of 2